PATRICK DOWD, Appellant, *v.* BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.

Argued November 20, 1939; decided December 28, 1939.

540

*Jay Leo Rothschild, Walter S. Beck* and *Harold Stern* for appellant.

*William C. Chanler,* Corporation Counsel (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.  Taking no part: O'BRIEN, J.